**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DOMINGA BONILLA and GERARDO HERNANDEZ,**

        **Plaintiffs,**

**-vs-**        Case No. 6:08-cv-1443-Orl-31DAB

**COMMUNITY HEALTH CENTERS, INC., and GARGEY PATIL,**

        **Defendants.**

_____

## ORDER AND ORDER TO SHOW CAUSE

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION FOR DEFAULT (Doc. No. 6)**
>
> **FILED:**    **September 18, 2008**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**. No return of service is on file.

Plaintiff has sued Defendants Community Health Centers, Inc., and Gargey Patil for medical malpractice claims. Plaintiff filed suit in this court alleging no federal claims in the Complaint. Doc. No. 1. The only reference to any potential federal claim is listed on the civil cover sheet and in the Complaint as simply the "Federal Tort Claims Act." Doc. Nos. 1, 1-2.

The party filing suit in federal court has the burden of proving that federal jurisdiction exists. On its face, the Complaint states no federal cause of action, nor alleges a proper basis for federal court jurisdiction. Under § 1331, the Court has jurisdiction over claims arising under the Constitution, laws,

or treaties of the United States, which would include the Federal Tort Claims Act.  28 U.S.C. § 1331.  A case "arises under" federal law for 28 U.S.C. § 1331 purposes only when a well-pleaded complaint establishes either that federal law creates the cause of action or that the plaintiff's right to relief depends on resolution of a substantial question of federal law.  *Franchise Tax Bd. v. Constr. Laborers Vacation Trust*, 463 U.S. 1, 27-28 (1983)).  The Federal Tort Claims Act waives, under certain conditions, "the United States" sovereign immunity in actions arising out of tortious conduct by governmental employees who are acting within the scope of their office or employment.  *See, e.g.*, 28 U.S.C. §§ 1346(b), 2674.  Plaintiff has provided no facts to support any allegation that Community Health Centers, Inc. or any of its employees are federal employees subject to the FTCA.

Plaintiff is **ORDERED** to show cause within 11 days from the date of this Order why this case should not be dismissed for lack of jurisdiction over any federal question.  *See* 28 U.S.C. §1331.

**DONE** and **ORDERED** in Orlando, Florida on September 22, 2008.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record